FILED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

03 MAR 18 AM 11: 42

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| ROY F. KING, JR., as Administrator of the Estate of Charles Dan Cottingham, Deceased, and KAREN COTTINGHAM | ) ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) | CIVIL ACTION NO. 01-AR-2348-S |
| ISLAND CREEK COAL COMPANY, | ) ) ) | |
| Defendant. | ) | |

ENTERED
MAR 18 2003

## MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation and the lack of objections thereto, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. Wherefore, the court hereby adopts and approves the findings and recommendations of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendations: 1) the defendant's motion to strike the plaintiffs' exhibits (ct. doc. 13) is due to be granted and those exhibits stricken; (2) the defendant's motion to dismiss (ct. doc. 3) is due to be granted in part and denied in part, as follows: the defendant's motion to dismiss for insufficient service of process is due to be denied, while the court finds that the state of Alabama does not have personal jurisdiction over Island Creek Coal Company but also finds that this action should not be dismissed; and 3) the plaintiff's motion to transfer (ct. doc. 23) is due to be granted and this case transferred to the United States District Court for the Western Division of Virginia, Abingdon Division. An appropriate order will be entered.

DONE, this 18th day of March, 2003.

/s/ William M. Acker
WILLIAM M. ACKER, JR.
SENIOR UNITED STATES DISTRICT JUDGE

